

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-18-2009

# Vincent Marino v. John Mook

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-1612

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Vincent Marino v. John Mook" (2009). *2009 Decisions.* Paper 239.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/239

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-1612

_____

VINCENT MARINO,

                                        Appellant

v.

JOHN MOOK,
City of Pittsburgh Detective, Defendant #ID 3510 and
JAMES JOYCE,
City of Pittsburgh Detective, Defendant ID #G 3425

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 08-cv-01249)
District Judge:  Honorable Arthur J. Schwab

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 13, 2009
Before:  SLOVITER, CHAGARES and WEIS, Circuit Judges

JUDGMENT ORDER

After consideration of all contentions raised by appellant, it is
ADJUDGED AND ORDERED that the judgment of the District Court
entered February 27, 2009, be and is hereby affirmed.  Costs will not be taxed.

                                        By the Court,

                                        s/WEIS
                                        United States Circuit Judge

DATED:  November 18, 2009